UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
Augusta Division

| | |
|---|---|
| In re:<br>    Max Rolando Hoffman,<br>                          *Debtor/Plaintiff*<br>vs.<br>    WBL SPO I, LLC, DBA Axos Bank<br>                          *Defendant.* | Case: 20-10941<br><br>Chapter: 13<br><br>Adversary No:<br><br>Judge Susan D. Barrett |

### COMPLAINT

**Comes Now** Plaintiff, Max Rolando Hoffman in the above-captioned case (hereinafter referred to as "Plaintiff") and request this Honorable Court to enter an order determining the validity, priority and extent of the WBL SPO I, LLC, DBA Axos Bank ("Defendant") lien listed in Proof of Claim 7 ( "PoC 7") pursuant to FRBP 7001(2) and shows to the following:

### I.     INTRODUCTION AND JURISDICTION

1. On November 2, 2020 Plaintiff filed for Chapter 13 Bankruptcy of Title 11 of the United States Code.

2. The United States Bankruptcy Court has jurisdiction over this proceeding pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9020. This core proceeding under 28 U.S.C. § 157(B)(2). Venue is proper under 28 U.S.C. § 409(a).

3. Pleader does not consent to the entry of final orders or judgment by the bankruptcy judge is it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final judgment consistent with Article III of the United States Constitution.

4. On January 11, 2021 for Defendant filed PoC 7 in the amount of $464,901.44. (PoC 7).

5. PoC7 is overstated in the amount of $291,263.59.

6. According to PoC7 Plaintiff was loaned $195,000 secured by property located on 4745 Mike Padgett Hwy, Augusta GA 30906 ("The Property"). According to the Richmond County Tax Assessors information The Property is valued at $417,061.00. When the money was loaned to Plaintiff by Defendant there was significant equity in The Property.

7. The loan is predatory in nature. The annual interest rate stated on PoC7 is an unconscionable 83.70% where there is a secured asset with significant equity. As stated on PoC7 Plaintiff is being assessed $179,189.95 in interest and $112,073.64 in costs where the principal balance is $173,637.85.

## II. COUNT I: VALIDITY, PRIORITY, AND EXTENT OF POC7 PURSUANT TO FRBP 7001(2)

8. Plaintiffs incorporate paragraphs one (1) through sixteen (7).

9. Defendant's predatory loan and unconscionable interest rate render it invalid.

## III. RELIEF SOUGHT

10. Plaintiffs incorporate paragraphs one (1) through eighteen (9).

11. Plaintiffs requests request this Honorable Court to enter an order determining the validity, priority and extent of Defendant's claim pursuant to FRBP 7001(2).

WHEREFORE, Debtors/Plaintiffs, Alexis Mechelle Larsuel and Chenise C Dillard, respectfully request:

a. The Court determine that Defendant's predatory loan and unconscionable interest rate render the loan invalid;

b. The Court reduce PoC 7 to $0.00;

d. The Court order Defendant to pay actual damages in the form of reasonable attorney's fees and costs for actions taken for bringing the prosecution of this action; and

e. The Court grant such other and further relief as is just, equitable, and proper.

Respectfully submitted on November 1, 2021.

*/s/ Kathryn A. Brow Aho*
Kathryn A. Brow Aho | Attorney for Debtors/Plaintiffs
2608 Commons Blvd., Ste. A, Augusta, GA 30909
k.brow@duncanbrow.com | GA Bar #: 143397
P: 706-755-2928 | F: 706-664-0407